No. 63261.—Manca, Inc. v. United States, protest 59/7754 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 17, 1959

No. 63262.—United China & Glass Co. v. United States, protests 283516–K/14702, 283518–K/14730, and 297862–K/14822 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the items marked "A" consist of decorated wall plaques or bowls similar in all material respects to those the subject of *United China & Glass Co.* v. *United States* (39 Cust. Ct. 167, C.D. 1920), the claim of the plaintiff was sustained as to said items. The items marked "B," stipulated to be decorated chinaware articles, other than tableware, were also held dutiable as claimed.